## SUITABLE AGE AFFIDAVIT OF SERVICE

Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE M. MEISEL
v.    INDEX#07CV11610
MICHAEL GRUNBERG, ET AL.

State of New York, County of New York SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **JANUARY 18/08 AT 10:40 A.M. at 928 BROADWAY, SUITE 1105 NEW YORK, N.Y. 10019**
Deponent served the annexed SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND, on **MS. FANNY GRUNBERG** by delivering thereat a true copy to "JANE DOE" (OFFICE MANAGER WHO REFUSED TO GIVE HER NAME) a person of suitable age and discretion.
The said premises is MS. FANNY GRUNBERG's actual place of BUSINESS within the state.

At the time of service, deponent asked the person spoken to whether MS. FANNY GRUNBERG was in the military service of the U.S. Government and was told MS. FANNY GRUNBERG was not.

Deponent also enclosed a copy of same in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to MS. FANNY GRUNBERG on 1/18/08 at 928 BROADWAY, SUITE 1105 NEW YORK, N.Y. 10019 and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by postage prepaid for delivery by first class regular mail.

Deponent describes the individual to whom service of process was made as follows:
sex/race(skin color): FEMALE/WHITE
hair color/approximate age: RED/ 30-40 YRS.
approximate height/approximate weight: UNABLE TO DETERMINE / ACCEPTOR WAS SEATED

529/ PS1.0845.
SWORN TO BEFORE ME THIS
18 DAY OF January/08

*Julius D. Ringelheim* (notary signature)

[Notary seal: JULIUS D. RINGELHEIM, NO. 01RI4897686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF NY]

*Jack Johnson*
Process License
#1181702