## SUITABLE AGE AFFIDAVIT OF SERVICE

Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE M. MEISEL
v.
MICHAEL GRUNBERG, ET AL.

INDEX#07CV11610

State of New York, County of New York  SS:

AMIR LEVY, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **JANUARY 16/08 AT 7:46P.M. at 154 CARMAN PLACE EAST ROCKAWAY, NY 11518**
Deponent served the annexed SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND, on **MR. ARIEL GRUNBERG** by delivering thereat a true copy to ALITA GRUNBERG (SPOUSE) a person of suitable age and discretion.
The said premises is MR. ARIEL GRUNBERG's actual place of ABODE within the state.
At the time of service, deponent asked the person spoken to whether MR. ARIEL GRUNBERG was in the military service of the U.S.Government and was told MR. ARIEL GRUNBERG was not.

Deponent also enclosed a copy of same in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to MR. ARIEL GRUNBERG on 1/17/08 at 154 CARMAN PLACE EAST ROCKAWAY, NY 11518 and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by postage prepaid for delivery by first class regular mail.
Deponent describes the individual to whom service of process was made as follows:
sex/race(skin color): FEMALE/WHITE
hair color/approximate age: BLOND/ 70 YRS.
approximate height/approximate weight: 5'6"/130 LBS.

529/ PS1.0844.
SWORN TO BEFORE ME THIS
17 DAY OF JANUARY/08

*[Notary signature: Julius D. Ringelheim]*
*[Deponent signature: Amir Levy]*
LIC.# 1071579

*[Notary seal: JULIUS D. RINGELHEIM, NO. 01RI4887786, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF NY]*