UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE M. MEISEL, )
                 Plaintiff, )    C.A. No. 07 Civ. 11610 (PKL)
)
    against )
)
MICHAEL GRUNBERG, )
FANNY GRUNBERG, )
and ARIEL GRUNBERG, )
)
                 Defendants. )
)

---

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on February 29, 2008, defendants filed their Motion to Dismiss the Complaint (the "Motion"); and

WHEREAS, pursuant to Southern District of New York Local Civil Rule 6.1(b), plaintiff's opposition to the motion is presently due on March 14, 2008, and defendants' reply is due March 21, 2008; and

WHEREAS, the parties desire to modify the briefing schedule as follows in order to provide sufficient time to prepare opposition and reply papers;

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel, subject to the order of the Court, that plaintiff's time to file his Opposition to the Motion is extended through and including March 28, 2005, and defendants' time to file their Reply in further support of the Motion is extended through and including April 11, 2008. This is the first such extension.

Dated: March 11, 2008
       New York, New York

| | |
|---|---|
| ROSENBERG & GIGER P.C. | TARTER, KRINSKY & DROGIN LLP |
| By: _s/Matthew H. Giger_<br>    Matthew H. Giger (MG3731)<br>    John J. Rosenberg (RG1206)<br>488 Madison Avenue, 10th Floor<br>New York, NY 10022<br>(212) 705-4824 | By: _s/Linda S. Roth_<br>    Andrew N. Krinsky (AK0997)<br>    Linda S. Roth (LR8255)<br>1350 Broadway<br>New York, NY 10018<br>(212) 216-8000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. Peter K. Leisure