```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE M. MEISEL,

        Plaintiff,

    against

MICHAEL GRUNBERG,
FANNY GRUNBERG,
and ARIEL GRUNBERG,

        Defendants.

C.A. No. 07 Civ. 11610 (PKL)

## STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

WHEREAS, on February 29, 2008, defendants filed their Motion to Dismiss the Complaint (the "Motion"); and

WHEREAS, pursuant to Southern District of New York Local Civil Rule 6.1(b), plaintiff's opposition to the motion is presently due on March 14, 2008, and defendants' reply is due March 21, 2008; and

WHEREAS, the parties desire to modify the briefing schedule as follows in order to provide sufficient time to prepare opposition and reply papers;

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel, subject to the order of the Court, that plaintiff's time to file his Opposition to the Motion is extended through and including March 28, 2005, and defendants' time to file their Reply in further support of the Motion is extended through and including April 11, 2008. This is the first such extension.

Dated: March 11, 2008
New York, New York

ROSENBERG & GIGER P.C.

By: _____
    Matthew H. Giger (MG3731)
    John J. Rosenberg (RG1206)
488 Madison Avenue, 10th Floor
New York, NY 10022
(212) 705-4824

*Attorneys for Plaintiff*

TARTER, KRINSKY & DROGIN LLP

By: _____
    Andrew N. Krinsky (AK0997)
    Linda S. Roth (LR8255)
1350 Broadway
New York, NY 10018
(212) 216-8000

*Attorneys for Defendants*

                                    3/13/08
SO ORDERED: _____
             Hon. Peter K. Leisure

2