

**TARTER KRINSKY & DROGIN** LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

**MEMO ENDORSED**

August 1, 2008

The Honorable Peter K. Leisure
United States District Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
CHAMBERS OF

AUG - 4 2008

PETER K. LEISURE
USDJ/SDNY

      Re:    Meisel v. Grunberg, et al.
              07 Civ. 11610 (PKL)

Dear Judge Leisure:

     We are counsel to Michael Grunberg, Fanny Grunberg and Ariel Grunberg, defendants in the above referenced matter.

     At the Court's request, counsel for the parties appeared before Your Honor on July 30, 2008 for a pre-motion conference. The conference was prompted by a letter from us requesting permission to make a supplemental submission in connection with defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) currently pending before Your Honor. Specifically, defendants were seeking permission to submit certain emails to the Court.

     At the conference, Your Honor suggested that the parties confer and agree on how to proceed in this action. We are writing to report that the parties have conferred and have agreed to the following briefing schedule concerning defendants' presentation of additional evidence in the form of the emails alluded to in their July 14th letter:

| | |
|---|---|
| August 15, 2008 | Defendants' supplemental submission due to be filed. |
| September 5, 2008 | Plaintiff's opposition to the supplemental submission due to be filed. |
| September 19, 2008 | Defendants' reply due to be filed. |

The parties have also agreed that discovery shall continue and shall not be interrupted by the supplemental briefing schedule.

NEW YORK OFFICE
1350 BROADWAY
NEW YORK, NY 10018
TEL: 212.216.8000
FAX: 212.216.8001

NEW JERSEY OFFICE
475 WALL STREET
PRINCETON, NJ 08540
TEL: 609.683.9494
FAX: 609.683.7490

MAIL@TARTERKRINSKY.COM
WWW.TARTERKRINSKY.COM

{Client\002373\L785\00146435.DOC;1}

The Honorable Peter K. Leisure
August 1, 2008
Page 2

     We would appreciate it if the Court would take note of the schedule set forth above and wait until all supplemental filings have been made before ruling on the motion to dismiss.

Respectfully yours,

*[signature]*

Linda S. Roth

cc:    Matthew Giger, Esq.

8/04/08

SO ORDERED

*[signature]*

USDJ

{Client\002373\L785\00146435.DOC;1}